THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HARRY COHEN, Appellant.

Argued June 5, 1946; decided July 23, 1946.

*Donald L. Ochs* and *Oscar Levine* for appellant.

*Frank S. Hogan, District Attorney* (*Harold Roland Shapiro* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.